## DECKARD *v.* WARDEN, MISSOURI PENITENTIARY.

No. 533, Misc. Decided March 13, 1967.

Petitioner *pro se.*

*Norman H. Anderson,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Missouri for further consideration. *Swenson* v. *Bosler, ante,* p. 258; *Eskridge* v. *Washington State Board of Prison Terms and Paroles,* 357 U. S. 214; *Tehan* v. *Shott,* 382 U. S. 406, 416.